JACOB GOODRICH, as Administrator, etc., of LEO GOODRICH, Deceased, v. LONG ISLAND RAILROAD COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EDWIN B. GRAHAM v. ARTHUR J. MARKS and Another, Individually and as Copartners, etc.— Motion denied, with ten dollars costs, and the time of the defendants to answer the complaint extended until five days after service of order with notice of entry thereof. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ST. REGIS RESTAURANT, INC., v. AUGUSTIN J. POWERS.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JOSEPH B. GIBLYN v. DOWNEY SHIPBUILDING CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE FUR AND WOOL TRADING COMPANY (D. BIEDERMANN), LTD., v. GEORGE I. FOX, INC.— Motion granted. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Application of CHARLES H. PROFFEN for a Peremptory Mandamus Order Directing GEORGE P. NICHOLSON, as Corporation Counsel, etc., to Determine Compensation for Damage by Reason of Closing of Old Third Avenue, Formerly Old Fordham Avenue, Bronx.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRANK D. WILLIAMS and Others v. EAST RIVER NATIONAL BANK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

SHIPMAN COAL COMPANY v. THE DELAWARE AND HUDSON COMPANY, Impleaded with JOSEPH NAHAS and EDWARD NAHAS.— Motion granted. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALFRED TROISE v. THE YORKSHIRE INSURANCE COMPANY, LTD.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

CHARLES LANG v. HARTFORD ACCIDENT AND INDEMNITY COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HOOD RUBBER COMPANY v. BANQUE BELGE POUR L'ETRANGER, ULTRAMARES CORPORATION, EDWARD H. CHILDS, Trustee, etc., and THE AMERICAN EXCHANGE NATIONAL BANK.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NEW YORK YELLOW CAB CO. SALES AGENCY, INC., v. WEST MANHATTAN GARAGE CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs; motion for stay granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSIE JACKSON v. JOSEPH LAZARUS, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.